United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LANA MERANI,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:23-CV-00435 |
| **LONE STAR NATIONAL BANK,** | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 11, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 21). Judge Bray made findings and conclusions and recommended that this case be dismissed for failure to prosecute. (*Id.* at 4).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R, (Dkt. No. 21), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) This case is **DISMISSED without prejudice**.

It is SO ORDERED.

Signed on May 2, 2025.

                                             */s/ Drew B. Tipton*
                                             **DREW B. TIPTON**
                                      **UNITED STATES DISTRICT JUDGE**